1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  scalequalaccess@yahoo.com

6  Attorneys for Plaintiff
7  ANA VENTURA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>  Plaintiff,<br><br>  vs.<br><br>BUNDY & WILSHIRE GROUP LLC; and DOES 1 to 10,<br><br>  Defendants. | Case No. 2:23-cv-04805-PA-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br>Complaint Filed: June 19, 2023<br>Trial Date: None Set |

1  **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF**
2  **RECORD:**

3       NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure
4  41(a)(1)(A)(i), Plaintiff Ana Ventura ("Plaintiff") hereby dismisses the above-captioned
5  action in its entirety with prejudice as to all claims and causes of action against all
6  Defendants. Defendants have not filed any answers to Plaintiff's Complaint and
7  Defendants have advanced no cross-claims, either individually or collectively.

9  Dated: August 2, 2023               SO. CAL. EQUAL ACCESS GROUP

12                                       By:/s/ Jason J. Kim
                                         Jason J. Kim, Esq.
                                         Attorneys for Plaintiff Ana Ventura